FILED

MAY 26 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

United States District Court

For the Eastern District of California

Randy Perez,

      Plaintiff

v.

G. Cervantes

      Defendants

Case no. 1:22-cv-00390-DAD-BAM (PC)

Motion for leave to amend complaint
and file a new amended complaint

    Plaintiff is a pro se litigant in the above entitled case, and ask the Honorable court to respectfully allow the plaintiff to file an amended complaint. The plaintiff has discovered new culpable defendants that are connected directly to the gross negligent and abuse of force upon the plaintiff. The Honorable court should find it beyond reasonable to allow the plaintiff to amend the initial complaint and adjust the new amended complaint to fit within the Local Court rules, regulation's and requirements. Plaintiff has also long term injuries resulting from the initial assault which will affect the relief sought, and for these reasons mentioned Plaintiff respectfully ask the court for permission to file an Amended complaint. The jaw and teeth on the lower right side of the plaintiff is injured, and plaintiff's needs to describe the condition's is viable.

May 21, 2022

Randy Perez

United States District Court
for the Eastern District of California

Randy Perez )
    Plaintiff )
 )
v. )
 )
G. Cervantes )
    Defendant )
 )

Case no. 1:22-cv-00390-DAD-BAM (PC)

Proof of Service

I Randy Perez, a pro se litigant do swear under penalty of perjury that the foregoing is true to the best of my knowledge. That on this day May 21, 2022 I served the court with a motion for leave to file an amended complaint, and a motion for extension of time to pay filing fee.

May 21, 2022

Randy Perez